IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUSS SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>DIRECTOR'S CHOICE, LLP,<br><br>        Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 15-81 (JBS/AMD)<br><br>**ORDER** |

This matter having come before the Court by way of Plaintiff's motion for summary judgment [Docket Item 214] and Defendant's motion for summary judgment [Docket Item 216]; the Court having carefully considered the parties' voluminous submissions, including Defendant's brief in support of summary judgment and accompanying documents originally filed under seal [Docket Item 217]; the Court having recently granted Defendant's motion to seal those documents [Docket Item 236] and ordered Defendant to file redacted versions of the presently-sealed documents on the public docket **by April 8, 2019** [Docket Item 241]; the Court having determined that the filing of these redacted documents on the public docket will assist the Court in completing its opinion in this matter; Plaintiff having requested oral argument on these cross-motions [Docket Item 214-1 at 1] and the Court having determined that oral argument may assist in resolving difficult questions of fact and law; and for good cause shown;

IT IS this **29th** day of **March**, **2019,** hereby

**ORDERED** that oral argument shall be convened on the pending motions for summary judgment at **10:00 a.m. on April 30, 2019**; and it is further

**ORDERED** that the Clerk of Court shall ADMINISTRATIVELY TERMINTATE the motions for summary judgment [Docket Item 214 & 216], pending restoration of these motions to the docket upon Defendant's completion and filing of the redacted documents, as ordered on March 28, 2019 [Docket Item 241]; after oral argument, the Court will decide these motions for summary judgment in due course.

          **s/ Jerome B. Simandle**
          JEROME B. SIMANDLE
          U.S. District Judge