# ABBOTT BUSHLOW & SCHECHNER, LLP
### ATTORNEYS AT LAW

BRUCE E. BUSHLOW
RICHARD SCHECHNER
ALAN L. BUSHLOW
_____

MATTHEW A. KAPLAN
(*licensed in NY and NJ*)

May 4, 2019

MattKaplanLaw@gmail.com

70-11 FRESH POND ROAD
RIDGEWOOD, N.Y. 11385

Tel: (718) 366-0464
Fax: (718) 366-7049

**VIA ECF**
Hon. Jerome B. Simandle, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & United States Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

**Re:**   *Smith v. Director's Choice, LLP*
          **Docket No. 1:15-cv-00081 (JBS)(AMD)**

Dear Judge Simandle:

This office represents Defendant Director's Choice, LLP in the above-captioned matter.

In furtherance of the discussion following the April 30, 2019 Motion Hearing, Defendant Director's Choice, LLP is willing to participate in a Settlement Conference before Magistrate Judge Ann Marie Donio.

Respectfully submitted,

*/s/ Matthew A. Kaplan*

Matthew A. Kaplan
MAK/ms

cc:   Russ Smith, Plaintiff *Pro Se* (via ECF)